```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:___5/6/2024___       │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISETTE VEGA,

                           Plaintiff,

          -against-                                    23-CV-11025 (MMG)

LOUIS A. MOLINA et al.,                                **ORDER**

                           Defendants.

MARGARET M. GARNETT, United States District Judge:

 On March 7, 2024, the Court issued an order setting out a briefing schedule for the anticipated motions to dismiss.  Dkt. No. 33.  The Court ordered that any motions to dismiss must be filed by March 18, 2024, and that **by May 2, 2024**, the Plaintiff must either (1) file any opposition to the motions or (2) file an Amended Complaint to respond to the issues raised in the motions.  Defendants have timely filed motions dismiss, but Plaintiff has missed the deadline for filing an opposition or amending the complaint.

 The Court now extends the deadline for Plaintiff to either (1) file an opposition to the Defendants' motions or (2) file an amended Complaint to **May 20, 2024**.  The Plaintiff is warned that if the Plaintiff fails to meet this deadline, the Court may treat the Defendants' motions as unopposed.

Dated: May 6, 2024
  New York, New York

       SO ORDERED.

       _____
       MARGARET M. GARNETT
       United States District Judge