USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISETTE VEGA,

                Plaintiff,

            -against-

LOUIS A. MOLINA et al.,

                Defendants.

23-CV-11025 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On May 6, 2024, the Court received notice that the Plaintiff filed an Amended Complaint on May 2, 2024, and the Amended Complaint now appears on the public docket. *See* Dkt. No. 50. Therefore, the Court's order at Dkt. No. 49 is MOOT.

    In accordance with the Court's Order on March 7, 2024, *see* Dkt. No. 33, Defendants may, by **May 16, 2024,** and in accordance with Individual Rule III(E)(4), either (1) answer the Amended Complaint; (2) file a new or supplemental motion to dismiss; or (3) file a letter on ECF stating an intent to rely on the previously filed motion to dismiss. If any Defendant chooses to file a new motion to dismiss, their prior motion to dismiss with be denied as moot. If any Defendant chooses to supplement their previous motion to dismiss, they must do so in a filing not to exceed seven pages.

Dated: May 7, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge