UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
GISETTE VEGA,                                             :
                                    Plaintiff,            :
                                                          :          23 Civ. 11025 (LGS)
                 -against-                                :
                                                          :               ORDER
LOUIS MOLINA, et al,                                      :
                                                          :
                                 Defendants.  :
                                                          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 15, 2023, Plaintiff initiated this action, seeking relief under 42

U.S.C. § 1983 and N.Y. Civil Service Law § 75 for violations of provisions of the NYC Charter,

NY Public Officers Law and Mayoral Executive Orders.  The case was assigned to the

undersigned.

        WHEREAS, on February 23, 2024, this case was reassigned to Judge Margaret Garnett.

        WHEREAS, on February 26, 2024, Defendant Correction Officers' Benevolent

Association, Inc. ("COBA") moved to dismiss the Complaint.  On March 18, 2024, the individual

Defendants and the City of New York (collectively, the "City Defendants") moved to dismiss the

Complaint, and Defendant Correction Captains' Association ("CCA") moved to dismiss the

Complaint.

        WHEREAS, on May 2, 2024, Plaintiff filed a First Amended Complaint responding to the

issues raised in the motions to dismiss.

        WHEREAS, on May 7, 2024, the Court directed Defendants to respond to the First

Amended Complaint by answering, filing a new or supplemental motion to dismiss, or relying on

the previously filed motion to dismiss.

        WHEREAS, on May 15, 2024, Plaintiff filed a corrected version of the First Amended

Complaint ("FAC") which the Court accepted.

WHEREAS, on June 20, 2024, all of the Defendants made new or supplemental filings in support of dismissal of the FAC.

WHEREAS, on June 21, 2024, the Court clarified that the City Defendants (Docket No. 65), CCA (Docket No. 35) and COBA (Docket No. 63) all had pending motions to dismiss, and ordered Plaintiff to file any opposition by July 18, 2024, and to serve the remaining unserved Defendants by July 12, 2024, and file proof of service by July 19, 2024.

WHEREAS, on July 18, 2024, Plaintiff requested leave to file a Second Amended Complaint ("SAC").

WHEREAS, on July 24, 2024, Defendant Joey Jackson Law, P.L.L.C., ("Jackson Law") a newly served Defendant, moved to dismiss the FAC.

WHEREAS, on July 29, 2024, the Court sua sponte extended Plaintiff's time to oppose the pending motions to dismiss (except Jackson Law's) from July 12 to August 12, 2024, stating, "The Plaintiff is warned that if she fails to meet this deadline, the Court will treat the motions by CCA, COBA and the City of New York Defendants as unopposed, without further notice to the Plaintiff."

WHEREAS, on July 31, 2024, the Court denied Plaintiff's request for leave to file a SAC because "the proper vehicle to respond to [Defendants'] motions to dismiss at this stage is to file a brief opposing them, not through further amendment of the Complaint," and "grant[ed] one final extension of time" for Plaintiff to oppose all pending motions to dismiss to September 3, 2024, "or the Court will consider those motions unopposed." The Order states, "NO FURTHER EXTENSIONS RELATED TO THE MOTIONS TO DISMISS WILL BE GRANTED."

WHEREAS, on August 29, 2024, Plaintiff filed two letters -- (i) requesting that Judge

2

Garnett recuse herself from the case due to a conflict of interest and (ii) again requesting leave to file an SAC, or in the alternative requesting that the September 3 deadline for her opposition be stayed or for a two-week extension to oppose the motions to dismiss.

WHEREAS, the application in the second letter has not been ruled on.  Plaintiff did not file an opposition to Defendants' motions to dismiss by September 3, 2024.

WHEREAS, on September 9, 2024, this case was reassigned to the undersigned.  It is hereby

**ORDERED** that Plaintiff's request to file a Second Amended Complaint is denied. Plaintiff is advised that the purpose of the Complaint is to put the Defendants on notice of the nature of the claims and to state the legally required elements of each claim, and not to lay out all of the evidence that eventually will be presented.  It is further

**ORDERED** that, by **October 11, 2024**, Plaintiff shall file any opposition to Defendants' motions to dismiss.  **NO FURTHER EXTENSIONS TO THIS DEADLINE WILL BE GRANTED**.  Any brief in opposition to the motions to dismiss by Defendants CCA, COBA and the City of New York shall not exceed 40 pages.  Any brief in opposition to the motion to dismiss by Defendant Jackson Law shall not to exceed 25 pages.  Because Plaintiff is pro se and not an attorney, and because the motions pertain to the *legal sufficiency* of the FAC, **Plaintiff is not required to file any opposition.  Regardless of whether she does, the Court will treat the motions as opposed and decide them on the merits based on the law.**  It is further

**ORDERED** that Defendants may file any reply, not to exceed ten pages, by **October 25, 2024**.

Dated: September 13, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3