**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GISETTE VEGA,

                Plaintiff,

    -against-                           23 **CIVIL** 11025 (LGS)

## JUDGMENT

LOUIS MOLINA, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, Defendants motions to dismiss are GRANTED. Leave to replead is denied because better pleading would not cure the lack of a constitutional violation. See Ward v. City of Middletown, No. 17 Civ. 5248, 2022 WL 562949, at *8 (S.D.N.Y. Feb. 24, 2022) ("[A]lthough pro se plaintiffs are generally given leave to amend a deficient complaint, a district court may deny leave to amend when amendment would be futile because the problem with the claim is substantive and better pleading will not cure it."). Accordingly, the case is closed.

**Dated:**  New York, New York

      March 24, 2025

                                                            **TAMMI M HELLWIG**
                                                           _____
                                                             **Clerk of Court**

                                                   **BY:**

                                                             _____
                                                             **Deputy Clerk**